# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-BNB

AHMED MOHAMMED AJAJ,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
RON WILEY,
ROBERT A. HOOD,
TOMAS GOMEZ,
M. DUNLAP,
M. MERRILL,
KEITH POWLEY,
"FNU" VIGLE,
HARVEY CHURCH,
JOHN SHARTLE,
JOHN BRADFORD,
LISA BRAREN,
J. D. WALTERS,
LAWRENCE L. LEYBA,
MICHAEL K. NALLEY,
CHRISTOPHER B. SYNSVOLL, and
DAVID JOHNSON,

      Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     This matter is before the Court on the motion that Plaintiff submitted to and filed with the Court on October 27, 2008. In the motion, he asks the Court to order Defendants to provide him with service copies of his amended prisoner complaint or, alternatively, to grant him a sixty-day extension of time in which to copy by hand sufficient service copies of the amended complaint. The motion is DENIED. The Court will waive for now the requirement in the October 16, 2008, order for an amended complaint that Plaintiff provide sufficient service copies of the amended complaint. Plaintiff continues to have **thirty (30) days from the date of the October 16, 2008, order** in which to submit the amended complaint as directed. Failure to do so within the time allowed will result in the dismissal of the instant action without further notice.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2008

GREGORY C. LANGHAM
          CLERK

Dated: October 29, 2008

Copy of this Minute Order mailed on October 29, 2008, to the following:

Ahmed Mohammed Ajaj
Reg. No. 40637-053
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk