IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-MSK-KLM

AHMED MOHAMMED AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
RON WILEY,
TOMAS GOMEZ,
M. DUNLAP,
MICHAEL MERRILL,
KEITH POWLEY,
"FNU" VIGLE,
JOHN BRADFORD,
LAWRENCE L. LEYBA, and
CHRISTOPHER B. SYNSVOLL,

    Defendants.

_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on **Plaintiff's Motion for an Order that Any Future Mail from the Court and Defendants' Attorney to Plaintiff Fully Comply With 28 C.F.R. § 540.19 Requirement** [Docket No. 36; Filed April 6, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  Court filings are a matter of public record and not "special mail" within the meaning of 28 C.F.R. § 540.19.  As to mail from an attorney, it is Plaintiff's responsibility to advise an attorney to label any correspondence to Plaintiff as legal mail.  See 28 C.F.R. § 540.19(b). Defendants' attorney should consider herself so advised.

Dated:  April 28, 2009