IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-MSK-KLM

AHMED MOHAMMED AJAJ,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
RON WILEY,
TOMAS GOMEZ,
M. DUNLAP,
MICHAEL MERRILL,
KEITH POWLEY,
"FNU" VIGLE,
JOHN BRADFORD,
LAWRENCE L. LEYBA, and
CHRISTOPHER B. SYNSVOLL,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff's Unopposed Motion to Allow Service of Defendants Through ECF and to Relieve Him from Obligation of Serving Defense Counsel** [Docket No. 45; Filed May 8, 2009] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **DENIED**.  ECF registration procedures clearly articulate that although *pro se* filers may register for an ECF account, unless they are authorized to file in ECF, "*pro se* filers *must* file their documents in paper."  ECF Registration, http://www.cod.uscourts.gov/CMECF/CMECF_ActReg.aspx (emphasis supplied). Moreover, a *pro se* litigant must comply with the Federal Rules of Civil Procedure.  *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Dated:  May 11, 2009