IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-MSK-KLM

AHMED MOHAMMED AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
RON WILEY,
TOMAS GOMEZ,
M. DUNLAP,
MICHAEL MERRILL,
KEITH POWLEY,
"FNU" VIGLE,
JOHN BRADFORD,
LAWRENCE L. LEYBA, and
CHRISTOPHER B. SYNSVOLL,

    Defendants.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendants' Motion to Stay Discovery and for Protective Order** [Docket No. 51; Filed May 29, 2008] and **Plaintiff's Motion to Stay All Deadlines and to Issue New Scheduling Order** [Docket No. 56; Filed June 15, 2009]. The parties request that the Court stay discovery pending Plaintiff's filing of a second amended complaint.

IT IS HEREBY **ORDERED** that the Motions to Stay are **GRANTED**.  Although stays are generally disfavored, the Court has broad discretion to stay an action while a dispositive motion is pending pursuant to Fed. R. Civ. P. 26(c).  *String Cheese Incident, LLC v. Stylus*

1

*Shows, Inc.*, No. 1:02-cv-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006) (unpublished decision). Indeed, "a court may decide that in a particular case it would be wise to stay discovery on the merits until [certain challenges] have been resolved." 8 Charles Alan Wright et al., *Federal Practice and Procedure* § 2040, at 521-22 (2d ed. 1994) ("[W]hen one issue may be determinative of a case, the court has discretion to stay discovery on other issues until the critical issue has been decided."); *see also Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 804 (Fed. Cir. 1999) ("When a particular issue may be dispositive, the court may stay discovery concerning other issues until the critical issue is resolved.").

In weighing the factors set forth for determining the propriety of a stay, the Court finds that a stay is appropriate here. *See String Cheese*, 2006 WL 894955, at *2. The Court balances Plaintiff's desire to proceed expeditiously with his case against the burden on Defendants of going forward. *Id.* On April 16, 2009, the Court granted Plaintiff leave to file a second amended complaint and ordered Defendants' motion held in abeyance. [#40]. Plaintiffs' second amended complaint, which must be filed by July 16, 2009, may alter the status of Plaintiff's discovery request and Defendants' dispositive motion.

Both Plaintiff and Defendants agree that a stay is appropriate. The Court also notes that the remaining *String Cheese* factors, i.e. the Court's efficiency, and interests of nonparties and the public in general, do not prompt a different result. *See String Cheese,* 2006 WL 894955, at *2.

IT IS FURTHER **ORDERED** that discovery is **STAYED** until Plaintiff files a second amended complaint, or until July 16, 2009, whichever occurs first.

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge

Dated: June 17, 2009