IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-MSK-KLM

AHMED MOHAMMED AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
RON WILEY,
TOMAS GOMEZ,
M. DUNLAP,
MICHAEL MERRILL,
KEITH POWLEY,
"FNU" VIGLE,
JOHN BRADFORD,
LAWRENCE L. LEYBA, and
CHRISTOPHER B. SYNSVOLL,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for an Order Directing Defendant Wiley to Allow Him Access to His Stored Legal Materials That [sic] Relevant to This Case and Necessary for Preparing His Second Amended Complaint Scheduled to be Filed July 16, 2009** [Docket No. 62; Filed July 1, 2009] (the "Motion for Order") and **Plaintiff's Second Motion for an Additional "30" Days to File an Amended Complaint Due to Special Circumstances Beyond His Control** [Docket No. 64; Filed July 15, 2009] (the "Motion for Extension").  In Plaintiff's Motion for Order he alleges that he has been denied access to his legal material by employees at the prison.  However, Plaintiff concedes in the Motion for Extension that since the filing of the Motion for Order he has been granted access to his legal materials by prison personnel.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion for Extension [#64] is **GRANTED**.  Plaintiff shall file his Second Amended Complaint on or before **August 14, 2009**.

    IT IS FURTHER **ORDERED** that the Motion for Order [#62] is **DENIED as moot**.

Dated:  July 27, 2009