IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-MSK-KLM

AHMED MOHAMMED AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
UNITED STATES OF AMERICA,
RON WILEY,
TOMAS GOMEZ,
MELVIN DUNLAP,
MICHAEL MERRILL,
KEITH POWLEY,
JON VIGLE,
D. KRIST,
DAVID ALLRED,
WENDY HEIM,
CARL MESTAS,
BARBARA BATULIS,
DAVID CINK,
R. MACK,
STEVEN NAFZIGER, SARA REVELL,
"FNU" JONES,
DAN ROY,
RICK MARTINEZ,
B. CUNNING,
"FNU" SPROUL,
"FNU" OLMSTEAD,
B. JANUS,
THE HONORABLE KRISTEN MIX, and
THE HONORABLE WILEY DANIEL,

    Defendants.
_____

**ORDER OF RECUSAL**
_____
**ENTERED BY KRISTEN L.. MIX UNITED STATES MAGISTRATE JUDGE**

This matter was drawn to me and was subsequently referred to me by District Judge Marcia S. Krieger (Docket No. 16) for pretrial case management.

Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." In view of the fact that Plaintiff names me as a Defendant in his Second Amended Complaint, and in order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of the Court shall assign another Magistrate Judge to this case.

Dated at Denver, Colorado, this __18th__ Day of September 2009.

                                              BY THE COURT:

                                              __s/   Kristen L.  Mix__
                                              Kristen L.  Mix
                                              United States Magistrate Judge