IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  08-cv-02006-MSK-MJW

AHMED M. AJAJ,

Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS, ET AL.,

Defendant(s).
_____

MINUTE ORDER
_____

It is hereby ORDERED that Defendants' Unopposed Motion to Stay the Deadlines in the Scheduling Order and Discovery for 90 Days (docket no. 72) is GRANTED finding no objection by the Pro Se Incarcerated Plaintiff and finding good cause. **Discovery in this case is STAYED until December 24, 2009.**

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Order (docket no. 74) is DENIED WITHOUT PREJUDICE noting that this court has granted the Defendants' Unopposed Motion to Stay the Deadlines in the Scheduling Order and Discovery for 90 Days (docket no. 72).  *See* above.  The Pro Se Incarcerated Plaintiff may renew this motion once the stay of discovery is lifted.

It is FURTHER ORDERED that this case is set for Status Conference before Magistrate Judge Watanabe on January 19, 2010, at 9:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The Pro Se Incarcerated Plaintiff shall participate at the Status Conference by telephone. The Plaintiff's **case manager** shall make the appropriate arrangements to ensure the availability of the Plaintiff for this conference and initiate the conference call to (303) 844-2403 on January 19, 2010, at 9:00 a.m. (Mountain Time).

It is FURTHER ORDERED that the parties shall use the following case number on all future filings with the court.  That case number is **08-cv-02006-MSK-MJW**.

Finally, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

Case Manager/Inmate Coordinator of:

Ahmed Mohammad Ajaj
40637-053
Florence - ADX
P.O. Box 8500
Florence, CO 81226

Date:  September 24, 2009