IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-MSK-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In view of this court's Minute Order of September 24, 2009, in which discovery in this case was stayed until December 24, 2009 (Docket No. 81), it is hereby

**ORDERED** that Plaintiff's Unopposed Motion to Stay the Deadline for Plaintiff to File a Certificate of Review for a Period of "90" Days (Docket No. 83) is **GRANTED**, and it is

**FURTHER ORDERED** that the Plaintiff's Motion for An Order Directing the Defendant B.O.P. to Allow Him to Confer Via Telephone Calls With Experts' [sic] Witnesses and to Provide Him With Telephone Number of Witnesses (Docket No. 84) is **DENIED WITHOUT PREJUDICE**.  Plaintiff may renew this motion once the stay of discovery is lifted.

Date: October 5, 2009