IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-MSK-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2009

GREGORY C. LANGHAM
                    CLERK

## ORDER DIRECTING SERVICE

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

A Second Amended Complaint, which adds defendants, has been filed in this case. (See Docket No. 68). It is thus hereby

**ORDERED** that the Plaintiff's Motion to Serve the Defendants With the Summons and Complaint Under Fed. R. Civ. P. 4(c)(2) and 28 U.S.C. § 1915 (Docket No. 88) is granted as set forth below.

It is further **ORDERED** that if appropriate, the Clerk shall attempt to obtain a waiver of service from all of the newly- added defendants. If unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint and summons upon such defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States

Date: October 22, 2009
      Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02006-MSK-KLM

Ahmed Mohammed Ajaj
Reg. No. 40637-053
ADX - Florence
PO Box 8500
Florence, CO 81226

Amy Padden
Assistant United State Attorney
United States Attorney's Office
**DELIVERED ELECTRONICALLY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

US Marshal Service
Service Clerk
Service forms for: David Allred, Barbara Batulis, Brad Cink, B. Cunning,
Melvin Dunlap, Tomas Gomez, Wendy Heim, B. Janus, FNU Jones, D. Krist,
R. Mack, Rick Martinez, Carl Mestas, Steven Nafziger, FNU Olmstead,
Sara Revell, Dan Roy, FNU Sproul, and Jon Vigle

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on David Allred, Barbara Batulis, Brad Cink, B. Cunning, Melvin Dunlap, Tomas Gomez, Wendy Heim, B. Janus, FNU Jones, D. Krist, R. Mack, Rick Martinez, Carl Mestas, Steven Nafziger, FNU Olmstead, Sara Revell, Dan Roy, FNU Sproul, and Jon Vigle: SECOND AMENDED COMPLAINT FILED 8/17/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 10/22/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk