IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-MSK-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2010

GREGORY C. LANGHAM
                    CLERK

---

**ORDER DIRECTING SERVICE UPON DEFENDANT SARA REVELL**

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

The court has been advised that it is believed that defendant Sara Revell is now working at the Butner Federal Correctional Complex, Old N. Carolina Hwy 75, Butner, North Carolina 27509. Based upon this information it is hereby

ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Sara Revell. If unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint (Docket No. 68) and summons upon defendant Revell at the address provided above. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant Revell or her counsel shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: January 26, 2010          s/Michael J. Watanabe
      Denver, Colorado          Michael J. Watanabe
                                United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02006-MSK-KLM

Ahmed Mohammed Ajaj
Reg. No. 40637-053
ADX - Florence
PO Box 8500
Florence, CO 81226

Amy Padden
Assistant United State Attorney
United States Attorney's Office
**DELIVERED ELECTRONICALLY**

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

US Marshal Service
Service Clerk
Service forms for: Sara Revell

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Sara Revell: SECOND AMENDED COMPLAINT FILED 8/17/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/26/10_____.

                                                                GREGORY C. LANGHAM, CLERK

                                                                By:_____
                                                                              Deputy Clerk