IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-MSK-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Defendants.

## MINUTE ORDER

MICHAEL J. WATANABE
United States Magistrate Judge

It is hereby ORDERED that the Plaintiff's Motion to File Third Amended Complaint Pursuant to Fed. R. Civ. P. 15 and 21 (Docket No. 137), which is not opposed by the defendants (Docket No. 165), is granted. The tendered Third Amended Complaint (Docket No. 162) is accepted for filing as of the date of this Minute Order.

Date: April 13, 2010