# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-02006-MSK-MJW | FTR - Courtroom A-502 |
| **Date:** July 08, 2010 | Courtroom Deputy, Ellen E. Miller |
| AHMED MOHAMMED AJAJ, #40637-053 | Pro Se  (by telephone) |
|    Plaintiff(s), | |
| v. | |
| FEDERAL BUREAU OF PRISONS,<br>RON WILEY,<br>TOMAS GOMEZ,<br>KEITH POWLEY,<br>UNITED STATES OF AMERICA,<br>M,ICHAEL MERRILL,<br>JON VIGLE,<br>D. KRIST,<br>DAVID ALLRED,<br>WENDY HEIM,<br>CARL MESTAS,<br>BARBARA BATULIS,<br>BRAD CINK,<br>R. MACK,<br>STEVEN NAFZIGER,<br>SARA REVELL,<br>JONES,<br>DAN ROY,<br>RICK MARTINEZ,<br>B. CUNNING,<br>SPROUL,<br>OLMSTEAD,   and<br>B. JANUS, | Amy L. Padden |
|    Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS  CONFERENCE
**Court in Session:**   9:30 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

The Court raises Defendants' Motion for Leave to Take Deposition for discussion.
With no objection from Plaintiff,

**It is ORDERED:** Defendants' MOTION FOR LEAVE TO TAKE DEPOSITION [Docket No. **207,** Filed July 07, 2010] is **GRANTED** for reasons as set forth on the record.

Discussion is held regarding Plaintiff's Motion for extension of time to respond to Motions to Dismiss. Defendants objections are noted.

**It is ORDERED:** Plaintiff's MOTION FOR "14" DAYS EXTENSION OF TIME TO BE ABLE TO FINALIZE AND MAIL HIS ANSWER TO ALL DEFENDANTS' MOTIONS TO DISMISS [Docket No. **206,** Filed July 06, 2010] is **GRANTED** for reasons as set forth on the record.

Plaintiff shall have to and including **JULY 30, 2010** to respond to Defendants' Motions to Dismiss [Docket Nos. 175, 176, 177, 178, 179, 180, 181, 182, 183, 184, and 185].
No further extensions will be granted.

It is noted Docket Nos. 76, 77, and 78 were filed by various defendants as Motions to Dismiss the Second Amended Complaint. The Second Amended Complaint has been superseded by the Third Amended Complaint [Docket No. 167] therefore Defendants make an oral motion to withdraw those motions. With no objection from Plaintiff,

**It is ORDERED:** Defendants' ORAL MOTION is **granted** and Defendants MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANTS MERRILL AND POWLEY [Docket No. **76,** Filed September 04, 2009] is **WITHDRAWN.**

**It is ORDERED:** Defendants' ORAL MOTION is **granted** and Defendant's MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANT RON WILEY [Docket No. **77,** Filed September 08, 2009] is **WITHDRAWN.**

**It is ORDERED:** Defendants' ORAL MOTION is **granted** and Defendants FEDERAL BUREAU OF PRISONS' PARTIAL MOTION TO DISMISS SECOND AMENDED COMPLAINT [Docket No. **78,** Filed September 08, 2009] is **WITHDRAWN.**

**It is ORDERED:** A **STATUS CONFERENCE** is set **AUGUST 20, 2010 at 2:00 p.m.** [Mountain Daylight Saving Time] in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. Plaintiff shall appear by telephone by calling the Court at (303) 844-2403.

Topics of discussion at the Status Conference will include (1) Status of discovery (2) Status of dispositive motions (3) any need to set Settlement Conference

Hearing concluded.
**Court in recess:**     9:56 a.m.
Total In-Court Time 00:26

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.