AHMED M. AJAJ
Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
THE UNITED STATES OF AMERICA,
RON WILEY,
TOMAS GOMEZ,
MICHAEL MERRILL,
KEITH POWLEY,
JON VIGLE,
D. KRIST,
DAVID ALLRED,
WENDY HEIM,
CARL MESTAS,
BARBARA BATULIS,
BRAD CINK,
R. MACK,
STEVEN NAFZIGER,
SARA REVELL,
FNU JONES,
DAN ROY,
RICK MARTINEZ,
B. CUNNING,
FNU SPROUL,
FNU OLMSTEAD, and
B. JANUS,

    Defendants.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

08-CV-02006-MSK-MJW

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITION
( Docket No. 207 )

This matter is before the Court on Defendants' Motion for Leave to Take Deposition. Upon consideration of the motion, the Court finds that it should be GRANTED. Defendants are hereby granted leave to take Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B) at the U.S. Penitentiary - Marion, on August 5, 2010, or at another date scheduled by Defendants. The deposition will be taken by Amy Padden,

counsel for the Defendants. Also present will be Clay Cook, agency counsel for the Bureau of Prisons, as a representative of Defendants, as well as any other prison officials as needed for security purposes.

DATED: July 8, 2010

**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**