# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-02006-MSK-MJW | FTR - Courtroom A-502 |
| **Date:** August 20, 2010 | Courtroom Deputy, Ellen E. Miller |
| AHMED MOHAMMED AJAJ, #40637-053 | Pro Se (by telephone) |
| Plaintiff(s), | |
| v. | |
| FEDERAL BUREAU OF PRISONS, RON WILEY, TOMAS GOMEZ, KEITH POWLEY, UNITED STATES OF AMERICA, M,ICHAEL MERRILL, JON VIGLE, D. KRIST, DAVID ALLRED, WENDY HEIM, CARL MESTAS, BARBARA BATULIS, BRAD CINK, R. MACK, STEVEN NAFZIGER, SARA REVELL, JONES, DAN ROY, RICK MARTINEZ, B. CUNNING, SPROUL, OLMSTEAD, and B. JANUS, | Amy L. Padden |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: STATUS CONFERENCE
**Court in Session:** 2:00 p.m.
Court calls case. Appearance of *Pro Se* plaintiff and defense counsel.

Status of the case is discussed.

*08-cv-02006-MSK-MJW*
*Status Conference*
*August 20, 2010*


Discussion is held regarding two pending motions filed by Plaintiff.

Plaintiff makes an Oral Motion to Withdraw his Motion for "30" Day Extension...
With no objection from Defendants,

**It is ORDERED:**   Plaintiff's  ORAL MOTION TO WITHDRAW his Motion for "30" Day Extension is **granted,** therefore,

**It is ORDERED:**   Plaintiff's MOTION FOR "30" DAYS EXTENSION OF TIME TO FILE MOTION TO COMPLETE PRODUCTION OF OF [sic] DOCUMENTS AND TO GIVE PLAINTIFF AN OPPORTUNITY TO CONFER WITH DEFENDANTS' ATTORNEY IN AN EFFORT TO SECURE THE DISCLOSURE WITHOUT COURT ACTION AS REQUIRED BY RULE 37(a)(2)(A)  [Docket No. **213,** Filed August 09, 2010] is **WITHDRAWN** for reasons as set forth on the record.

**It is ORDERED:**   Plaintiff's MOTION TO STAY ALL THE DEADLINES IN THE SCHEDULING ORDER AND DISCOVERY UNTIL THE COURT RULES ON DEFENDANTS' MOTIONS TO DISMISS OR IN ALTERNATIVE TO EXTEND THE DEADLINES FOR ADDITIONAL "90" DAYS TO ENABLE PLAINTIFF TO COMPLETE HIS DISCOVERY REQUESTS AND TO OBTAIN THE NECESSARY RECORDS FOR EXPERTS' REVIEWS AND TO MAKE UP FOR THE MONTHS HE WAS REQUIRED TO ONLY WORK IN PREPARING HIS ANSWER TO MORE THAN "400" PAGES OF MOTIONS TO DISMISS AND DUE TO  OTHER CIRCUMSTANCES BEYOND PLAINTIFF'S CONTROL   [Docket No. **214,** Filed August 09, 2010] is   **GRANTED** for reasons as set forth on the record.

All discovery is STAYED pending rulings on the Motions to Dismiss. Current deadlines as set forth in the Scheduling Order are stayed until further Order of the Court.

Defendants make an Oral Motion for an extension of time to file replies as to the Motions to Dismiss.   With no objection from Plaintiff,

**It is ORDERED:**   Defendants shall have to and including **SEPTEMBER 07, 2010** within which to file their   Replies   to the pending Motions to Dismiss [Docket Nos.  175, 176, 177, 178, 179, 180, 181, 182, 183, 184, and  185].


Plaintiff notes he recently mailed a new motion to be filed with the court requesting depositions of defendants by videoconference and/or telephone conference.  The Court notes that as of today all discovery is stayed until further Order of the Court.

*08-cv-02006-MSK-MJW*
*Status Conference*
*August 20, 2010*

Hearing concluded.
**Court in recess:** 2:16 p.m.
Total In-Court Time 00:16

 To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free 1-800-962-3345.   FAX (303) 893-8305        www.AveryWoods.net