IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-MSK-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby **ORDERED** that Plaintiff's Motion for An Order Directing Defendant "BOP" to Allow Him to Take Telephone Depositions of the Defendants by Sound Recording Pursuant to Rule 30(b)(2)(3) (Docket No. 222) is denied without prejudice for reasons set forth on the record during the Status Conference held on August 20, 2010.

Date: August 25, 2010