IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-MSK-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
TOMAS GOMEZ, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

In view of the Opinion and Order Granting, In Part, Motions to Dismiss issued by Judge Krieger on March 10, 2011 (Docket No. 275), it is hereby **ORDERED** that Defendants' Motion to Stay All Proceedings Pending Resolution of Defendants' Motions to Dismiss and Motion for Protective Order **(Docket No. 249)** is **denied as moot**.

It is further **ORDERED** that on April 26, 2011, at 9:00 a.m. Mountain Time, a Status Conference will be held before Magistrate Judge Watanabe in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  Plaintiff shall participate by telephone.  Plaintiff's case manager shall make the necessary arrangements for the plaintiff's participation and shall call the court at (303) 844-2403 at the time set for the conference.

Date: March 31, 2011