IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-MSK-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
TOMAS GOMEZ, and
UNITED STATES OF AMERICA,

Defendants.

---

### MINUTE ORDER

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby **ORDERED** that the Plaintiff's Motion for Leave to Submit Documents Contains Allegations Referred to in His Third Amended Complaint and Upon Which He Relied in Bringing His Suit and Such Documents Either Defendants Possessed or Knew About that Explaining How Each Defendant Personally Participated in the Violations or His Rights and Highly Relevant to His Motion for Reconsideration of the March 10, 2011 Opinion and Order **(Docket No. 296)** is **denie**d.

Not only has plaintiff not tendered the documents he seeks to submit belatedly in support of his motion for reconsideration, he has not even specifically identified such documents.  Furthermore, it is not clear that such documents were actually referenced in the Third Amended Complaint (Docket No. 167) and that their accuracy is not in dispute.  See Docket No. 275 at 5 ("The Court must limit its consideration to the four corners of the Amended Complaint, any documents attached thereto, and any external documents that are referenced in the Amended Complaint and whose accuracy is not in dispute.") (citing cases).

Date: May 12, 2011