**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Civil Action No.   08-cv-02006-MSK-MJW               FTR - Courtroom A-502

**Date:**   June 07, 2011                           Courtroom Deputy, Ellen E. Miller

AHMED MOHAMMED AJAJ,                                Pro Se    (by telephone)
#40637-053

     Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,                          Amy L.  Padden
TOMAS GOMEZ,   and
UNITED STATES OF AMERICA,

     Defendant(s).

---

### COURTROOM MINUTES / MINUTE ORDER

---

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**   11:00 a.m.
Court calls case.  Telephonic appearance of Pro Se Plaintiff and in court appearance of defense
counsel.

The following will confirm the actions taken and dates set at the scheduling conference held this
date:

**It is ORDERED:**       The STAY OF DISCOVERY  imposed August 20, 2010 [Docket No. 220]
                         is lifted.

Joinder of Parties/Amendment to Pleadings: has passed, originally June 08, 2010.

Discovery Cut-off:  **OCTOBER 14, 2011**

Dispositive Motions Deadline:   **NOVEMBER 14, 2011**

Each side  shall be limited to two (2) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before   AUGUST 15, 2011**
Parties shall designate rebuttal experts   **on or before  SEPTEMBER 15, 2011**

Interrogatories,  Requests for Production, and Requests for Admissions shall be served on or
before   **SEPTEMBER 01, 2011**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (25)  Requests for
Production,   and   twenty-five (25)  Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions, including experts.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.  All depositions, fact and expert witnesses, shall be completed **no later than OCTOBER 14, 2011.**

Discussion is held regarding Defendants' Motion for Leave to Take Deposition and to Exceed Seven Hour Limitation   [Docket No. 304, Filed June 06, 2011].  With no objections from the Plaintiff,

**It is ORDERED:**          Defendants' MOTION FOR LEAVE TO TAKE DEPOSITION AND TO EXCEED SEVEN HOUR LIMITATION   [Docket No. **304**, Filed June 06, 2011] is **GRANTED** for reasons as set forth on the record.  The deposition shall take place as scheduled by defense counsel and the Bureau of Prisons.

No  **SETTLEMENT CONFERENCE**     is set at this time.

A  **STATUS   CONFERENCE**  is set  **SEPTEMBER 07, 2011  at  9:30 a.m.**  in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Incarcerated Plaintiff shall appear by telephone by calling (303) 844-2403 at the scheduled time.
Topics of discussion will include:
(1)  Status of discovery
(2)  Status of any outstanding motions
(3)  Need  to set a Settlement Conference

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION CONFERENCE,** and  **TRIAL** will be set by the Honorable Marcia S. Krieger at a future date.   The parties anticipate a four (4) day trial: The *Bivens* claim will be tried to a jury; the FTCA and APA claims will be tried to the Court.

Parties are directed to www.cod.uscourts.gov  and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**   Scheduling Order is signed and entered  with interlineations  **JUNE 07, 2011**

Hearing concluded.

**Court in recess:**    11:23 a.m.
Total in-court time: 00:23

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.