# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-MSK-MJW

AHMED M. AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
THE UNITED STATES OF AMERICA, and
TOMAS GOMEZ,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITION AND TO EXCEED SEVEN HOUR LIMITATION**
(Docket no. 304)

---

This matter is before the Court on Defendants' Motion for Leave to Take Deposition and to Exceed Seven Hour Limitation. Upon consideration of the motion, the Court finds that it should be GRANTED. Defendants are hereby granted leave to take Plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2)(B) and (d)(1) at the U.S. Penitentiary-Marion, on a date scheduled by Defendants, for an additional four hours of testimony. The deposition will be taken by Amy Padden, counsel for the Defendants. Also present will be Clay Cook, agency counsel for the Bureau of Prisons, representative of Defendants, as well as any other prison officials as needed for security purposes.

DATED: June 7th, 2011

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO