IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-RBJ-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
TOMAS GOMEZ, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the parties shall use the correct case number on all future filings with the court.  This case was reassigned to the Honorable R. Brooke Jackson.  Accordingly, the case number you should use is **08-cv-02006-RBJ-MJW**.

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Leave to Take Deposition of Inmate Mohammad Amin Salameh (docket no. 350) is DENIED for the following reasons.  In this motion, the Pro Se incarcerated Plaintiff seeks an Order from this court to allow him to take the videotape deposition of his co-conspirator [inmate Salameh] in the World Trade Center Bombing case who currently resides at ADX Florence arguing that such testimony by inmate Salameh is necessary in order for him to prove his case.  Inmate Salameh is currently under SAM restrictions at ADX Florence.  The Pro Se Incarcerated Plaintiff's case is now reduced to the FTCA claims against the United States and portions of Claim Three, which involves challenges to disciplinary actions against Defendant BOP and Defendant Tomas Gomez.  The Pro Se Incarcerated Plaintiff has failed to demonstrate that inmate Salameh has any information that will support the Pro Se Incarcerated Plaintiff's remaining claims.  Although the Pro Se Incarcerated Plaintiff has alleged that Defendant Gomez issued incident reports to inmate Salameh for engaging in hunger strikes, the Defendant BOP has searched its records and has not found any such incident reports issued to inmate Salameh.  See exhibit A attached to docket no. 360.  There is no evidence to suggest that inmate Salameh witnessed any alleged retaliation between the Pro Se Incarcerated Plaintiff and Defendant Gomez.  Under these circumstances, a protective order,

2

pursuant to Fed. R. Civ. P. 26(c)(1), precluding specific discovery in the form of the videotape deposition of inmate Salameh is appropriate.

Date:  September 28, 2011