IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-MSK-MJW

AHMED M. AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
THE UNITED STATES OF AMERICA, and
TOMAS GOMEZ,

    Defendants.

---

## ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER
[ Docket p. 354 ]

    This matter is before the Court on Defendants' Motion for Protective Order. Upon consideration of the motion, the Court finds that Plaintiff has improperly noticed depositions in this case and that the motion should be GRANTED. The depositions noticed by Plaintiff prior to the date of the motion will not proceed as noticed. The Court orders that Plaintiff may not depose Dr. Kendig or Dr. Allen until he proceeds with other depositions and available means of discovery and shows that the depositions of high level Bureau officials are needed. It is further ordered that Plaintiff may not notice any depositions unless he: (i) confers with defense counsel about the date and time of the deposition, (ii) provides defense counsel with the name of the officer before whom the deposition will be recorded at the time the deposition is noticed and confirms that he has

made arrangements to pay that officer, (iii) requests a subpoena, agrees to pay the witness fees, and designates a location for the deposition any non-employees, and (iv) explains why the deponent has discoverable information. It is further ordered that Plaintiff must comply with the notice and timing requirements of D.C.COLO.LCivR 30.1A and that he must notice any depositions pursuant to the procedures above such that the depositions will be concluded by the discovery cutoff, October 14, 2011. Plaintiff is warned that his failure to comply with orders and the rules of the Court may result in dismissal of his case.

DATED: September 25, 2011

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO