# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-RBJ-MJW

AHMED M. AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
THE UNITED STATES OF AMERICA, and
TOMAS GOMEZ,

    Defendants.

---

## ORDER GRANTING DEFENDANTS' MOTION FOR CLARIFICATION AND TO EXTEND DISPOSITIVE MOTION DEADLINE
( Docket # 381 )

---

This matter is before the Court on Defendants' Motion for Clarification and to Extend the Dispositive Motion Deadline. Upon consideration of the motion, the Court finds that it should be GRANTED. The Court's Minute Order dated October 25, 2011, Docket Number 380, is hereby clarified to state that the motion to compel deadline, and not the discovery cutoff, is extended until November 25, 2011. The prior deadlines set by the Court remain in effect, including the October 31, 2011 deadline to serve Requests for Admission. It is further ORDERED that the dispositive motion deadline is hereby extended until January 6, 2012.

Thus, the pending deadlines in this case are as follows:

Deadline to serve Requests for Admission:  October 31, 2011

Deadline to file motions to compel:  November 25, 2011

Dispositive motion deadline:  January 6, 2012

DATED this 31st day of October, 2011.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO