IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-RBJ-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
TOMAS GOMEZ, and
UNITED STATES OF AMERICA,

Defendants.

---

## MINUTE ORDER

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Leave of Court to Serve Additional Interrogatories Upon Defendants (docket no. 389) is GRANTED as follows. The Pro Se Incarcerated Plaintiff may serve upon Defendants ten (10) additional Interrogatories.  The Pro Se Incarcerated Plaintiff shall serve such additional Interrogatories upon the Defendants on or before November 30, 2011.

It is FURTHER ORDERED that Pro Se Incarcerated Plaintiff's Motion to Set New Deadline for All the Motion to Compel Production of Documents, Response to Interrogatories, and Any Motion to Determine the Sufficiency of the Answers to Requests for Admission (docket no. 384) is DENIED.  This case has been pending since 2008, and both sides have had more than enough time to complete discovery in this case.  See entire docket. [i.e. As of November 9, 2011, there are 388 docket entries in this case and a large percentage of these docket entries concern discovery issues and extensions of time to complete discovery].

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Leave of the Court to Serve Additional Requests for Admissions to Authenticate Documents, to Further Define the Facts for Trial or Summary Judgment Motion, to Give Plaintiff an Equal Discovery Opportunity After the Court Granted Defendant's Additional Seven "7" Hours of Deposition of Plaintiff, and to Provide the Plaintiff with Other Means of Discovery Other Than Depositions (docket no. 385) is GRANTED as follows.  The Pro Se Incarcerated Plaintiff may serve ten (10) more additional Requests for

2

Admission upon the Defendants.  The Pro Se Incarcerated Plaintiff shall serve such additional Requests for Admission upon the Defendants on or before November 30, 2011.

It is FURTHER ORDERED that the Discovery Deadline is extended to December 30, 2011, **for the limited purpose** of Defendants responding to the Pro Se Incarcerated Plaintiff's additional interrogatories and Requests for Admission as outlined above in this minute order.

Date:  November 16, 2011 _____