IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-RBJ-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
TOMAS GOMEZ, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that on or before January 30, 2012, plaintiff shall file a response to the Defendants' Motion to Compel (Docket No. 439).  It is further

ORDERED that the Plaintiff's Request that the Court Issue Scheduling Order for Filing Motions to Determine the Sufficiency of Responses to Requests for Admission Which Were Received by Plaintiff's [sic] on December 19, 2011, and as a Result, the Parties Still Had No Opportunity to Comply with the Confer and Meet Requirement Prior to Filing Such Motions (Docket No. 440) is denied.  It is further

ORDERED that the Plaintiff's Motion for an Additional "10" Days to Respond to United States Of America's and the Federal Bureau of Prisons' [Second] Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (Docket No. 441) is granted.  Plaintiff shall have up to and including January 8, 2012, to file his Response to Docket No. 388.  It is further

ORDERED that The United States of America's and the Federal Bureau of Prisons' Motion to Extend Dispositive Motion Deadline (Docket No. 444) is granted, and the deadline for defendants United States of America and Federal Bureau of Prisons to file dispositive motions is extended to up to and including 20 days after a ruling on their Motion to Dismiss (Docket No. 388).

Date: January 4, 2012