IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-RBJ-MJW

AHMED M. AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
UNITED STATES OF AMERICA, and
TOMAS GOMEZ,

    Defendants.

---

## ORDER GRANTING DEFENDANTS' MOTION TO STAY BRIEFING ON PLAINTIFF'S MOTIONS TO COMPEL
( Docket p. 45 )

---

This matter is before the Court on Defendants' Motion to Stay Briefing on Plaintiff's Motions to Compel. For the reasons set forth in this motion, namely because Defendants have raised the defenses of qualified and absolute immunity, the Court finds that the motion should be granted. Accordingly, briefing on Plaintiff's motions to compel (Docs. 405-09, 412-13) is hereby stayed until the pending motion to dismiss and motion for summary judgment are resolved.

DATED this 31st day of January, 2012.

                                              MICHAEL
                                              U.S. MAGISTRATE JUDGE
                                              DISTRICT OF COLORADO