IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02006-RBJ-MJW

AHMED M. AJAJ,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
TOMAS GOMEZ, and
UNITED STATES OF AMERICA,

Defendants.

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby **ORDERED** that Defendants' Motion to Stay Briefing on Plaintiff's Additional Motion to Compel (docket no. 469) is **GRANTED** for those reasons outlined in this motion and for those additional reasons as outlined in this court's previous **ORDER** dated January 31, 2012, Granting Defendants' Motion to Stay Briefing on Plaintiffs' Motions to Compel (docket no. 464).  The following motions as listed below in paragraphs 1-3, inclusive, are **STAYED** until ruling by District Judge R. Brooke Jackson on (1) Defendants United States of America's and the Federal Bureau of Prison's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (docket no. 388) and (2) Defendant Tomas Gomez's Motion for Summary Judgment (docket no. 448).

1. The Pro Se Incarcerated Plaintiff's Motions to Compel (docket nos. 405, 406, 407, 408, 409, 412, 413, 439, and 466);

2. The Pro Se Incarcerated Plaintiff's Motion to Appoint Expert (docket no. 430);

3. The Pro Se Incarcerated Plaintiff's Motion to Strike Defendants' Motion to Compel for Failure to Satisfied [sic] the Duty to Confer and for Other Reasons, or in Alternative to Treat This Motion as an Opposition to Defendants' Motion to Compel [dkt. no. 439] (docket no. 465).

It is **FURTHER ORDERED** that the parties **SHALL NOT** file anymore discovery related motions until after District Judge R. Brooke Jackson has ruled on (1) Defendants

2

United States of America's and the Federal Bureau of Prison's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) (docket no. 388) and (2) Defendant Tomas Gomez's Motion for Summary Judgment (docket no. 448).

     It is **FURTHER ORDERED** that a **Status Conference** is set before Magistrate Judge Watanabe on April 26, 2012, at 10:00 a.m., in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.   The Pro Se Incarcerated Plaintiff may participate at this Status Conference by telephone and he shall call the court on April 26, 2012, at 10:00 a.m., by calling (303)844-2403.

Date:  March 1, 2012