IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02006-RBJ-MJW

AHMED M. AJAJ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
UNITED STATES OF AMERICA, and
TOMAS GOMEZ,

    Defendants.

---

### ORDER GRANTING DEFENDANTS' MOTION TO STAY BRIEFING ON DOCKET NUMBERS 473 AND 478 (Docket No 485)

---

This matter is before the Court on Defendants' Motion to Stay Briefing on Docket Numbers 473 and 478. The Court finds that the motion should be GRANTED. Briefing on Docket Numbers 473 and 478 is hereby stayed until after the Court resolves the pending motion to dismiss and motion for summary judgment.

DATED this 23rd day of March, 2012.

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO